UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/8/18_

WASHINGTON STATE INVESTMENT
BOARD,

                          Plaintiff,

          -against-

ODEBRECHT S.A., CONSTRUTORA
NORBERTO ODEBRECHT S.A., and
ODEBRECHT FINANCE LTD.,

                          Defendants.

**ORDER**

17 Civ. 8118 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In a January 5, 2018 letter (Dkt. No. 25), Plaintiff's counsel states that Plaintiff wishes to file an Amended Complaint, and Defendants wish to move to dismiss. The Court's pre-motion letter/conference requirement need not be satisfied as to the proposed motion. Any Amended Complaint is to be filed by **February 1, 2018.** Briefing with respect to any motion to dismiss the Amended Complaint will proceed on the following schedule: moving papers are due by **March 5, 2018**; opposition papers are due by **April 6, 2018**; and any reply is due by **April 20, 2018.**

Dated: New York, New York
       January 8, 2018

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge