UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASHINGTON STATE INVESTMENT BOARD,

                    Plaintiff,

            - against -

ODEBRECHT S.A, CONSTRUTORA NORBERTO ODEBRECHT S.A., ODEBRECHT ENGENHARIA E CONSTRUÇÃO S.A., and ODEBRECHT FINANCE LTD.,

                    Defendants.

**ORDER**

17 Civ. 8118 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference scheduled for **October 1, 2020** is adjourned sine die.

Dated: New York, New York
       September 15, 2020

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge