UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASHINGTON STATE INVESTMENT
BOARD,

                Plaintiff,

        - against -

ODEBRECHT S.A, CONSTRUTORA
NORBERTO ODEBRECHT S.A., and
ODEBRECHT ENGENHARIA E
CONSTRUÇÃO S.A.,

                Defendants.

**ORDER**

17 Civ. 8118 (PGG) (BCM)

PAUL G. GARDEPHE, U.S.D.J.:

        In light of this case's referral to Magistrate Judge Moses, the initial pretrial conference before this Court scheduled for August 17, 2023 is adjourned sine die.  The conference will instead occur before Judge Moses at the date and time she selects.

Dated: New York, New York
      August 15, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge