USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASHINGTON STATE INVESTMENT BOARD,

            Plaintiff,

-against-

ODEBRECHT S.A., et al.,

           Defendants.

17-CV-8118 (PGG) (BCM)

**SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received plaintiff's letter-motion dated November 29, 2023 (Dkt. 134), seeking an order compelling answers to plaintiff's interrogatories and deeming plaintiff's requests for admission admitted, as well as the parties' joint status letter, dated the same day (Dkt. 133), requesting that the status conference now scheduled for December 6, 2023, be adjourned.

Rather than adjourn the December 6 conference, the Court will keep the conference on the calendar. At the conference, the court will hear argument on plaintiff's letter motion. Opposition and reply letters are due in accordance with Moses Ind. Prac. § 2(e). The parties should also be prepared to discuss the interplay between that dispute and the upcoming motion for summary judgment. (*See* Dkt. 130.)

The parties are reminded that it is the Court's practice, where possible, to resolve discovery disputes by conference, without resort to formal motion practice.

Dated: New York, New York
       November 30, 2023

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**