USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASHINGTON STATE INVESTMENT BOARD,

              Plaintiff,

   -against-

ODEBRECHT S.A., et al.,

             Defendants.

17-CV-8118 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For reasons stated on the record at today's conference, plaintiff's motion to compel, dated November 29, 2023 (Dkt. 134), is DENIED without prejudice to renewal after resolution of plaintiff's upcoming motion for summary judgment. (*See* Dkt. 130.) Pending a decision on the summary judgment motion, discovery is STAYED.

    The Clerk of Court is respectfully directed to close the motion at Dkt. 134.

Dated: New York, New York
         December 6, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**