USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WASHINGTON STATE INVESTMENT BOARD,<br><br>     Plaintiff,<br><br> -against-<br><br>ODEBRECHT S.A., et al.,<br><br>     Defendants. | 17-CV-8118 (PGG) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

  The Court has received and reviewed defendants' October 11, 2024 letter-motion (Dkt. 159) requesting (i) that the unredacted version of Defendants' Memorandum of Law in Support of Their Motion for a Protective Order (Dkt. 166), now filed under seal at Dkt. 163, remain under seal; (ii) that the unredacted version of the Declaration of Maria E. Manghi (Manghi Decl.) (Dkt. 164), now filed under seal at Dkt. 161, remain under seal; (iii) that Exhibits 1, 2, 6, 7, 13-17, and 20 to the Manghi Declaration, now filed entirely under seal at Dkts. 161-1 through 161-20, remain under seal; and (iv) that the unredacted version of the Declaration of Rodrigo Führ de Oliveira (de Oliveira Decl.) (Dkt. 165), now filed under seal at Dkt. 162, remain under seal;

  The unopposed motion is GRANTED for substantially the reasons set forth therein, subject to reconsideration, if necessary, after the underlying motion (for a protective order) is fully briefed. The Clerk of Court is respectfully directed to close the motion at Dkt. 159.

Dated: New York, New York
   October 21, 2024

               **SO ORDERED.**

               _____
               **BARBARA MOSES**
               **United States Magistrate Judge**