```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASHINGTON STATE INVESTMENT BOARD,

           Plaintiff,

-against-

ODEBRECHT S.A., et al.,

           Defendants.

17-CV-8118 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's December 12, 2024 letter-motion (Dkt. 168) requesting (1) that the unredacted version of the Declaration of Dr. Fabio de Sa e Silva (Dkt. 173), now filed in unredacted form under seal at Dkt. 170, remain under seal; and (2) that the unredacted version of plaintiff's Memorandum of Law in Opposition to Defendants' Motion for a Protective Order (Dkt. 171), now filed in unredacted form under seal at Dkt. 169, remain under seal. The Court has further received defendants' January 17, 2025 letter-motion (Dkt. 177) requesting (1) that the unredacted version of the Second Declaration of Rodrigo Führ de Olivera in Support of Defendants' Motion for a Protective Order (referred to by defendants as the "Reply Mudrovitsch Decl.") (Dkt. 179), now filed in unredacted form under seal at Dkt. 178, remain under seal.

    The unopposed motions are GRANTED for substantially the reasons set forth therein. The Clerk of Court is respectfully directed to close the motions at Dkts. 168 and 177.

Dated: New York, New York  
       May 27, 2025

**SO ORDERED.**

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**