USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 09/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASHINGTON STATE INVESTMENT BOARD,

Plaintiff,

-against-

ODEBRECHT S.A., et al.,

Defendants.

17-CV-8118 (GHW) (BCM)

**ORDER REGARDING REDACTION**

**BARBARA MOSES, United States Magistrate Judge.**

I have filed, under seal, an Opinion and Order (Dkt. 187) denying defendants' motion (Dkt. 160) seeking a blanket protective order excusing them from producing any documents or information that they "previously produced to Brazilian prosecutors related to the bribery scheme underlying this litigation."

The Opinion and Order has been filed under sealed (and emailed to the parties' counsel at the email addresses available on the docket) because it discusses, *inter alia*, the Leniency Agreement between defendants herein and Brazilian prosecutors, certain Brazilian court decisions interpreting or discussing the Leniency Agreement, and related materials, all of which were themselves filed under seal (or in redacted form), at defendants' request, on the ground that their contents are confidential under Brazilian law. *See*, *e.g.*, Dkts. 167, 181.

On or before **October 6, 2026**, after meeting and conferring, the parties must submit (by email) their proposed redactions to the Opinion and Order before it is publicly filed, mindful that such redactions should be minimized, wherever possible, in light of the presumption of public access to judicial documents. *See Brown v. Maxwell*, 929 F.3d 41, 47-48 (2d Cir. 2019); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Dated: New York, New York
September 30, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**