USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/13/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASHINGTON STATE INVESTMENT BOARD,

Plaintiff,

-against-

ODEBRECHT S.A., et al.,

Defendants.

17-CV-8118 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed during today's conference:

No later than **October 20, 2026**, the parties must submit (by email) revised proposed redactions to the Opinion and Order (Dkt. 187) denying defendants' motion for a protective order.

No later than **October 28, 2026**, the parties must submit a proposed schedule for the resumption of discovery and/or a limited stay of discovery pending the outcome of settlement negotiations.

Dated: New York, New York
October 13, 2026

**SO ORDERED.**



**BARBARA MOSES**
**United States Magistrate Judge**